IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, COURTNEY PHILIPS, Director, SHANNON BLACK, Program Director, KYLE MALONE, SOS Team Leader, WILLIAM BECKER, Program Therapist, CINDY DYKEMAN, Program Manager, and LISA LAURELL, Program Social Worker, et., al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's Motion for Enlargement of Time (Filing 30) is granted, and Plaintiff's responses to Defendants' Motions to Dismiss (Filings 23 & 25) shall be filed on or before March 15, 2017.

DATED this 7th day of March, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge