IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY PHILIPS, Director, | ) | **MEMORANDUM** |
| SHANNON BLACK, Program | ) | **AND ORDER** |
| Director, KYLE MALONE, SOS | ) | |
| Team Leader, WILLIAM BECKER, | ) | |
| Program Therapist, CINDY | ) | |
| DYKEMAN, Program Manager, and | ) | |
| LISA LAURELL, Program Social | ) | |
| Worker, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed two motions for discovery on July 19, 2017, and July 20, 2017, which focus on documents the defendants have allegedly failed to provide to Plaintiff. (Filing No. 50; Filing No. 51.) On August 14, 2017, the parties stipulated (Filing No. 54) to the entry of a Protective Order that pertains to certain records of the Nebraska Department of Health and Human Services which have been requested by Plaintiff in the discovery process. Since entry of this Protective Order will presumably facilitate the delivery of discovery documents that are the focus of Plaintiff's motions for discovery, such motions will be denied without prejudice to reassertion should Defendants refuse to produce nonprivileged documents that are "relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(1). Accordingly,

IT IS ORDERED that Plaintiff's Motion for an Order Compelling Discovery (Filing No. 50) and Addendum to Plaintiff's Motion for an Order Compelling Discovery (Filing No. 51) are denied without prejudice.

DATED this 15th day of August, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge