IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY PHILIPS, Director, SHANNON BLACK, Program Director, KYLE MALONE, SOS Team Leader, WILLIAM BECKER, Program Therapist, CINDY DYKEMAN, Program Manager, and LISA LAURELL, Program Social Worker, et. al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's Motion for an Enlargement of Time (Filing No. 68) is granted, and Plaintiff's response to Defendants' Motion for Summary Judgment (Filing No. 61) shall be filed on or before November 22, 2017. Defendants may reply to Plaintiff's response within the time allowed by NECivR 7.1.

DATED this 30th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge