IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MEE MEE BROWN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:16CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY PHILIPS, Director, SHANNON BLACK, Program Director, KYLE MALONE, SOS Team Leader, WILLIAM BECKER, Program Therapist, CINDY DYKEMAN, Program Manager, and LISA LAURELL, Program Social Worker, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed an "Objection" (Filing No. 71) to Defendants' Motion for Summary Judgment (Filing No. 61). NECivR 7.1(b)(1)(A) prohibits the filing of an "objection" to a motion. Rather, a party must file a "brief that concisely states the reasons for opposing the motion and cites to supporting authority." NECivR 7.1(b)(1)(A). Accordingly,

IT IS ORDERED that the Clerk of Court shall terminate Plaintiff's Objection (Filing No. 71) as a pending motion, and docket such Objection as a Brief in Opposition to Defendants' Motion for Summary Judgment (Filing No. 61).

DATED this 6th day of December, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge