# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEE MEE BROWN, | )<br>) |
| Plaintiff, | ) 8:16CV377<br>) |
| v. | )<br>) |
| COURTNEY PHILIPS, Director, SHANNON BLACK, Program Director, KYLE MALONE, SOS Team Leader, WILLIAM BECKER, Program Therapist, CINDY DYKEMAN, Program Manager, and LISA LAURELL, Program Social Worker, et al., | ) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Defendants move to continue the final pretrial conference until the court resolves their pending Motion for Summary Judgment (Filing No. 61).

IT IS ORDERED:

1. Defendants' Motion to Continue Final Pretrial Conference (Filing No. 76) is granted; and

2. This matter is referred to Magistrate Judge Zwart for rescheduling of the Final Pretrial Conference, which is currently set for February 1, 2018.

DATED this 30th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge