IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEE MEE BROWN, | |
| Plaintiff, | **8:16CV377** |
| vs. | |
| COURTNEY PHILIPS, Director; SHANNON BLACK, Program Director; KYLE MALONE, SOS Team Leader; WILLIAM BECKER, Program Therapist; CINDY DYKEMAN, Program Manager; and LISA LAURELL, Program Social Worker, et. al. | **ORDER** |
| Defendants. | |

A pretrial conference is scheduled for February 1, 2018. Defendants' motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that the pretrial conference is continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference.

Dated this 31st day of January, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge