IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY PHILIPS, Director, SHANNON BLACK, Program Director, KYLE MALONE, SOS Team Leader, WILLIAM BECKER, Program Therapist, CINDY DYKEMAN, Program Manager, and LISA LAURELL, Program Social Worker, et. al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's Motion to Amend the Judgment (Filing No. 83) is denied.

DATED this 26th day of February, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge